UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAYTINEE BIRD, as Parent and Natural Guardian of H.C., and MAYTINEE BIRD, Individually,

Plaintiffs,

-against-

DAVID C. BANKS, in his official capacity as Chancellor of the New York City Department of Education, and NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/20/2022
```

22 Civ. 2220 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 6, 2022, the Court ordered the parties to submit their joint letter and proposed case management plan by May 16, 2022. ECF No. 9. And, on April 15, 2022, the Court ordered Defendants to respond to the complaint by May 11, 2022. ECF No. 14. Both of these submissions are overdue. Accordingly, by **May 27, 2022**, Defendants shall respond to the complaint, and by **June 3, 2022**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: May 20, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge