UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAYTINEE BIRD, as Parent and Natural Guardian of H.C., and MAYTINEE BIRD, Individually,

                      Plaintiffs,

-against-

DAVID C. BANKS, in his official capacity as Chancellor of the New York City Department of Education, and NEW YORK CITY DEPARTMENT OF EDUCATION,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/29/2022_

22 Civ. 2220 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 13, 2022, the Court granted Defendants' request for an 11-day extension of time to submit their pre-motion letter. ECF No. 27. This submission is now overdue. Accordingly, by **October 4, 2022**, Defendants shall submit their pre-motion letter.

    SO ORDERED.

Dated: September 29, 2022
       New York, New York

ANALISA TORRES
United States District Judge