UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAYTINEE BIRD, as Parent and Natural Guardian of H.C., and MAYTINEE BIRD, Individually,

                    Plaintiffs,

-against-

DAVID C. BANKS, in his official capacity as Chancellor of the New York City Department of Education, and NEW YORK CITY DEPARTMENT OF EDUCATION,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/5/2022__

22 Civ. 2220 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' letters dated September 5, 2022, and October 4, 2022. ECF Nos. 25, 29. By **October 12, 2022**, the parties shall submit a joint proposed order directing the Office of State Review in the New York State Education Department to furnish the certified administrative record.

      SO ORDERED.

Dated: October 5, 2022
       New York, New York

                                              ANALISA TORRES
                                         United States District Judge