```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/13/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAYTINEE BIRD, as Parent and Natural Guardian of H.C., and MAYTINEE BIRD, Individually,

                Plaintiffs,

-against-

DAVID C. BANKS, in his official capacity as Chancellor of the New York City Department of Education, and NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendants.

22 Civ. 2220 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 5, 2022, the Court directed the parties to submit a joint proposed order directing the Office of State Review in the New York State Education Department to furnish the certified administrative record due October 12, 2022. ECF No. 30. That submission is now overdue. Accordingly, by **October 17, 2022**, the parties shall shall file their joint proposed order.

    SO ORDERED.

Dated: October 13, 2022
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge