```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/14/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

**MAYTINEE BIRD**, as Parent and Natural Guardian of **H.C.**, and **MAYTINEE BIRD**, Individually,

                               Plaintiffs,

                 22-cv-2220 (AT)

-against-

**DAVID C. BANKS**, in his official capacity as Chancellor of the New York City Department of Education, and **NEW YORK CITY DEPARTMENT OF EDUCATION**,

                               Defendant.
------------------------------------------------------------------X

      **WHEREAS**, Plaintiff's counsel requested a certified copy of the underlying administrative record in State Review Office ("SRO") Appeal No. 21-209 on December 17, 2021, via facsimile. To date, the record has not yet been received.

      **IT IS HEREBY ORDERED** that within ____five____ (5) business days of the receipt of this Order, the New York State Education Department's Office of State Review shall provide, by Overnight Certified Mail, a Certified Copy of the Administrative Record relative to SRO Decision No. 21-209, in the appeal of Impartial Hearing No. 208978 – in both hard copy and electronic form – to Plaintiff's counsel in the above-captioned matter: Brain Injury Rights Group, Ltd., 300 East 95th Street, New York, NY 10128, ATTN: Ashleigh C. Rousseau; and

*Intentionally Left Blank*

2

**IT IS FURTHER ORDERED** that upon receipt of the Certified Copy of the Administrative Record from the Office of State Review, Plaintiff's counsel shall provide a copy of the Certified Record to Defendant's counsel and shall file a copy of the Certified record with the Court *via* ECF, under seal pursuant to Federal Rule of Civil Procedure 5.2(d).

_____
HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE

Dated: October 14, 2022
       New York, New York