UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAYTINEE BIRD, as Parent and Natural Guardian of H.C., and MAYTINEE BIRD, Individually,

                 Plaintiffs,

-against-

DAVID C. BANKS, in his official capacity as Chancellor of the New York City Department of Education, and NEW YORK CITY DEPARTMENT OF EDUCATION,

                 Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/26/2022_

22 Civ. 2220 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' premotion letters dated September 5 and October 4, 2022. ECF Nos. 25, 29. Accordingly:

1. By **November 30, 2022**, Plaintiffs shall file their motion for summary judgment;
2. By **December 21, 2022**, Defendants shall file their opposition papers; and
3. By **January 11, 2023**, Plaintiffs shall file their reply, if any.

SO ORDERED.

Dated: October 26, 2022
      New York, New York

                                                 ANALISA TORRES
                                        United States District Judge